IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMBROSE BRANCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00523 |
| ) | Judge Trauger |
| WILSON COUNTY JAIL, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On November 19, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 29), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendant Jenkins (Doc. No. 16) is DENIED. This case is returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge